IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIRZA AHMETASEVIC, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 19-5707 |
| TRANS UNION, LLC, et al., | |
| Defendants. | |

## ORDER

**AND NOW**, this 31st of August 2020, upon consideration of Defendant Citibank, N.A.'s Motion to Compel Arbitration and Stay Proceedings (Doc. No. 19), Plaintiff's Response in Opposition to Defendant Citibank, N.A.'s Motion to Compel Arbitration and Stay Proceedings (Doc. No. 20), Defendant Citibank, N.A.'s Reply in Support of the Motion (Doc. No. 22), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant Citibank, N.A.'s Motion to Compel Arbitration and Stay Proceedings (Doc. No. 19) is **GRANTED**.

2. Plaintiff is given thirty (30) days from the date of this Order in which to file for arbitration with the American Arbitration Association.[1] If Plaintiff does not initiate arbitration within that time, the Court will dismiss Plaintiff's claims against Defendant Citibank, N.A.

---

[1]   The Card Agreement states as follows:

> Arbitration shall be conducted by the American Arbitration Association ("AAA") according to this arbitration provision and the applicable AAA arbitration rules in effect when the claim is filed ("AAA Rules"), except where those rules conflict with this arbitration provision. You can obtain copies of the AAA Rules at the AAA's website (www.adr.org) or by calling 800-778-7879. You or we may choose to have a hearing, appear at any hearing by phone or other electronic means, and/or be represented by counsel. Any

3.  The Clerk of Court shall place this case in **SUSPENSE** in regard to Defendant Citibank, N.A. only pending the outcome of arbitration.

4.  Plaintiff and Defendant Citibank, N.A. shall inform the Court by letter of the status of the arbitration proceeding within ninety (90) days of the date of this Order, and every ninety days thereafter.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

---

in-person hearing will be held in the same city as the U.S. District Court closest to your billing address.

(Doc. No. 19-3 at 18.)